**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER

    Plaintiff,

        v.

EDWARD ALAMEIDA, et al.,

    Defendants.
_____/

No. C 05-03759 CW (EDL)

ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S NOTICE AND RENEWED REQUEST

    Plaintiff filed a Notice of Defendants' Failure to Produce Video Tape and Renewed Request for Relief [Re: Pain Issues] and Sanctions on June 1, 2007. Defendants' opposition, if any, shall be filed no later than July 10, 2007. Plaintiff's reply, if any, shall be filed no later than July 17, 2007. The Court will notify the parties if a hearing is necessary.

SO ORDERED.

Dated: June 15, 2007

                                            _____
                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge