**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD ALAMEIDA, et al.,<br><br>        Defendants.<br>_____/ | No.   C 05-03759 CW (EDL)<br><br>**ORDER LIFTING STAY OF DISCOVERY ORDERED ON MARCH 30, 2007** |

On November 30, 2006, Defendants filed a motion to stay discovery until the Court's ruling on their motion to dismiss and for summary judgment. On March 30, 2007, this Court issued an Order Granting in Part Defendants' Motion for Stay of Discovery, stating: "As to the limited scope of discovery previously ordered, Defendants' motion to stay discovery is denied. As to any further discovery, Defendants' motion to stay discovery is granted." Mar. 30, 2007 Order at 3:24-25.

On June 18, 2007, Judge Wilken granted Plaintiff's Motion for Leave to File a Supplemental Complaint, stating: "Plaintiff need not seek the permission of this Court before seeking discovery from Defendants and Defendants shall not object to any discovery sought or refuse to provide such discovery solely on the grounds that Plaintiff has not sought this Court's permission to serve discovery requests." June 18, 2007 Order at 10:23-28.

On September 27, 2007, Defendants filed a letter seeking clarification as to whether discovery remained stayed pursuant to this Court's March 30, 2007 Order. On September 28, 2007, Judge Wilken issued an Order granting Defendants' motion to dismiss and for summary judgment.

1

Defendants obtained a stay of discovery from this Court on the ground that their dispositive motions were pending. Because those motions have now been resolved, the basis for the stay no longer exists. Moreover, in her Order, Judge Wilken addressed Plaintiff's ability to seek discovery. Accordingly, the stay of discovery ordered by the Court on March 30, 2007 is lifted.

**IT IS SO ORDERED.**

Dated: October 3, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge