United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>    Plaintiff,<br><br>  v.<br><br>EDWARD ALAMEIDA, et al.,<br><br>    Defendants.<br>_____/ | No.   C 05-03759 CW (EDL)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On October 9, 2007, Plaintiff filed two motions to compel.  No later than November 19, 2007, Defendants shall file oppositions to Plaintiff's motions.  Any replies shall be filed no later than December 5, 2007.  The motions will be taken under submission without oral argument.

**IT IS SO ORDERED.**

Dated: November 8, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

1