UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, | No.   C 05-03759 CW (EDL) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO ORDER DEFENDANTS TO LODGE THE VIDEOTAPE** |
| v. | |
| ROBERT HOREL, et al., | |
| Defendants. | |

On November 19, 2007, Plaintiff filed a Motion Requesting the Court to Order Defendants to Lodge the Videotape and Consider Supplemental Evidence. On December 3, 2007, Defendants filed an opposition. This matter is appropriate for decision without receiving a reply from Plaintiff.

Plaintiff argues that Defendants must lodge the prison yard surveillance videotape viewed by Dr. Sayre because the videotape "is to be used as evidence in plaintiff's opposition to defendants' dispositive motion and at trial," and because Plaintiff believes that Dr. Sayre committed perjury. Plaintiff has already viewed this videotape. On at least three occasions over the past year, Plaintiff has asked this Court to order Defendants to lodge the videotape. See Pl.'s Nov. 27, 2006 Reply Brief in Support of Mot. for Prot. Order (docket number 85)l Pl.'s June 1, 2007 Mot. for Relief (docket number 106); Pl.'s July 23, 2007 Reply in Support of Mot. for Relief (docket number 135). Neither this Court nor Judge Wilken has granted that relief. Plaintiff has made no showing of changed circumstances that would warrant an order compelling Defendants to lodge the videotape. Accordingly, Plaintiff's Motion Requesting the Court to Order Defendants to Lodge the Videotape (docket number 177) is denied. Plaintiff's request that Judge Wilken consider supplemental

1

evidence on Plaintiff's November 13, 2007 Motion for De Novo Review or on summary judgment must be directed to her court in a proper pleading, not in a discovery motion directed to this Court.

**IT IS SO ORDERED.**

Dated: December 14, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge