United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER,

    Plaintiff,

    v.

ROBERT HOREL, et al.,

    Defendants.
_____/

No.  C 05-03759 CW (EDL)

**ORDER RE: FILING REQUIREMENTS**

The Chambers of Judge Laporte has not been reliably receiving chambers copies of all filed documents from the parties in this case. The parties are directed to Civil Local Rule 5-1(b) which states:

> An extra copy of the document filed under Civil L.R. 5-1(a), marked by counsel as the copy for "Chambers," must be submitted at the same time to the Office of the Clerk in the courthouse in which the chambers of the Judge to whom the action has been assigned are located. If the matter has been assigned to a Magistrate Judge for hearing, an additional copy designated for delivery to the assigned Magistrate Judge must be delivered to the Office of the Clerk in the courthouse in which the chambers of the Magistrate Judge are located.

Further, in e-filing cases, the Court's General Order 45 requires:

> In all cases subject to ECF, in addition to filing papers electronically, the parties are required to lodge for chambers no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically. These printed copies shall be marked "Chambers Copy" and shall be clearly marked with the judge's name, case number, and "Chambers Copy-Do Not File." The printed copies shall be delivered to the Clerk's Office. Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

1  The parties shall conform to Civil Local Rule 5-1(b) and General Order 45 in this case, and
2  deliver chambers copies to Judge Laporte's chambers at 450 Golden Gate Avenue, San Francisco,
3  California, 94102.  Failure to comply with these filing requirements may result in sanctions.
4  **IT IS SO ORDERED.**
5  Dated: December 14, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2