Todd Ashker, C58191
Box #7500/D1-119
Crescent City, Cal. 95532

Plaintiff, In pro-se

FILED
DEC 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND-DIVISION

TODD L. ASHKER,
    Plaintiff,
vs.
ROBERT HOREL, et al.,
    Defendants.

CASE NO. C05-3759 CW (EDL)

Plaintiff Ashker's Declaration In Support Of Motion To Lodge Videotape; and, Consider Supplemental Evidence

I, Todd L. Ashker, declare:

1. That I am the plaintiff proceeding pro-se in this case and, I have personal knowledge of the facts declared herein and, if called upon, I could and would competently testify thereto.

2. That I submit this declaration in support of my Reply Brief [In Support Of Motion To Lodge Videotape; and Consider Supplemental Evidence]; and I believe the statements contained in the Reply Brief are true and correct.

3. That attached hereto as [EXHIBIT A], is a true and correct copy of defendants "Objections To Proposed Findings Of Fact And Recommendations" dated 4-13-07.

I hereby declare under penalty of perjury, pursuant to the laws of the United States Of America, that the foregoing is true and correct, and is hereby executed by me on December 9, 2007, at Crescent City, California.

/s/ Todd L. Ashker
Todd L. Ashker
—In pro-se—

1.

**EXHIBIT A**

1  J. RANDALL ANDRADA (SBN 70000)
   BRENDAN KENNY (SBN 237000)
2  **ANDRADA & ASSOCIATES**
   PROFESSIONAL CORPORATION
3  180 Grand Avenue, Suite 925
   Oakland, California 94612
4  Tel.:  (510) 287-4160
   Fax:   (510) 287-4161
5  Email: bkenny@andradalaw.com

6  Attorneys for Defendants
   EDWARD ALAMEIDA, JR., JEANNE WOODFORD,
7  JOE McGRATH, RICHARD KIRKLAND,
   PATRICK T. SMITH, MARK CASTELLAW,
8  JAMES COX, MATTHEW J. NIMROD, ACEL K.
   THACKER, and D. LANGLOIS

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TODD L. ASHKER,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD ALAMEIDA, JR.; JEANNE WOODFORD; JOE MCGRATH; RICHARD KIRKLAND; P.T. SMITH; MARK CASTELLAW; J. COX; M.J. NIMROD; A.K. THACKER; DWIGHT W. WINSLOW; DOCTOR WELTON; and D. LANGLOIS,<br><br>Defendants. | Case No.: C 05-3759-CW (EDL)<br><br>**OBJECTIONS TO PROPOSED FINDINGS OF FACT AND RECOMMENDATIONS** |

Pursuant to Rule 72(b), defendants object to the Magistrate Judge's Proposed Findings of Fact and Recommendations in this matter dated April 3, 2007 as follows:

1. The recommendation that the present warden of Pelican Bay State Prison ("PBSP") renew the "chronos authorizing Plaintiff's continued used of his existing TheraBall, TheraBand, arm brace and thermal wear to prevent further confiscation..." The Warden does not order the renewal of medical chronos. That is the responsibility of the medical staff at PBSP. However, in order to comply with the Court's recommendation, the Chief Medical Officer of PBSP, Dr. Michael Sayre, issued a

1

1  chrono on April 12, 2007 directing staff to allow in cell use and storage of plaintiff's TheraBall,
2  TheraBand, arem brace and thermal wear for 60 days.
3      2. The recommendation that the present warden of PBSP "direct medical staff to re-evaluate
4  Plaintiff's continued complaints that the current pain medication causes stomach pain…" The Warden
5  does not order medical staff to perform medical evaluations of particular inmates. That is the
6  responsibility of the medical staff at PBSP. However, in order to comply with the Court's
7  recommendation, the Chief Medical Officer of PBSP, Dr. Michael Sayre, will re-evaluate Plaintiff's
8  complaints of stomach pain.
9      3. Defendants object to the recommendation that defendants lodge the surveillance videos
10 on the ground that the surveillance videos were one of the factors Dr. Sayre considered in discontinuing
11 Plaintiff's Tramadol prescription. However, defendants are in the process of providing Plaintiff access
12 to the surveillance tape that Dr. Sayre viewed prior to discontinuing the Tramadol prescription.
13 Dated: April 13, 2007.

ANDRADA & ASSOCIATES

By /s/ Brendan Kenny
BRENDAN KENNY
Attorneys for Defendants
EDWARD ALAMEIDA, JR., JEANNE
WOODFORD, JOE McGRATH, RICHARD
KIRKLAND, PATRICK T. SMITH, MARK
CASTELLAW, JAMES COX, MATTHEW
J. NIMROD, ACEL K. THACKER, and D.
LANGLOIS

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

2

{00048985.DOC/} 0:59:
OBJECTIONS TO PROPOSED FINDINGS OF FACT AND RECOMMENDATIONS

Ashker. v. Alameida, et al.
C 05 3759 CW (PR)