UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD A. ASKHER | No. C 05-3759 CW |
|     Plaintiff, | NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |
|     v. | |
| ROBERT HOREL, WARDEN et al., | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a settlement conference is scheduled for November 6, 2008 at 9:00 a.m. at Pelican Bay State Prison.

    Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.

    Confidential settlement conference statements shall be delivered to chambers by November 5, 2008.

    The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference

SO ORDERED.

Dated: 11/3/08

    _____
    NANDOR J. VADAS
    United States Magistrate Judge

SC-further