IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT HOREL, et al.,<br><br>    Defendants.<br>_____/ | No. 05-03759 CW<br><br>ORDER RE EX PARTE APPLICATION AND APPLICATION FOR COURT TO SET DISCOVERY DEADLINE AND DISPOSITIVE MOTION FILING DEADLINE |

On October 31, 2008, Defendants filed an Ex Parte Application and Application for Court to Set Discovery Deadline and Dispositive Motion Filing Date. Civil Local Rule 7-10(a) permits the filing of ex parte motions only where authorized by statute, federal rule, local rule or standing order, unless otherwise ordered by the assigned judge.[1] Defendants cite no authority that would permit Defendants to file their motion on an ex parte basis. Accordingly, the Court sets the following briefing schedule. Plaintiff's response to Defendants' motion to set February 9, 2009, as the discovery cutoff deadline will be due November 21, 2008, and any

---

[1] As explained in Civil Local Rule 1-5(d), "Ex parte means contact with the Court without the advance knowledge or contemporaneous participation of all other parties." While styled as an "ex parte" motion, Defendants did file a certificate of service with their ex parte application.


Case 4:05-cv-03759-CW   Document 230   Filed 11/07/08   Page 2 of 3

Case 4:05-cv-03759-CW   Document 230   Filed 11/07/08   Page 2 of 3

reply by Defendants will be due December 1, 2008. The motion will be decided on the papers.

Defendants also move to set February 16, 2009, as the dispositive motion deadline. The dispositive motion deadline was previously set in the Court's Order for Service and for Protective Order filed January 26, 2006. "No later than ninety days (90) days from the date their answer is due, Defendants shall file a motion for summary judgment or other dispositive motion." Defendants filed a motion for summary judgment On September 4, 2007, and on August 25, 2008, the Court issued an Order Granting Motion for Summary Judgment in Part and Denying It in Part. On September 29, 2008, the Court set this case for trial. If Defendants want to file another motion for summary judgment, Defendants will need to file a motion for leave of Court to do so and to continue the pretrial and trial dates.

IT IS SO ORDERED.

Dated 11/7/08

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

    Plaintiff,

v.

ALAMEIDA ET AL et al,

    Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brendan Maguire Kenny
Office of the Attorney General
Correctional Law Section
455 Golden Gate Avenue
Suite #11000
San Francisco, CA 94102

J. Randall Andrada
Andrada & Associates
Professional Corporation
180 Grand Avenue
Suite 225
Oakland, CA 94612

Todd A. Ashker
#C58191
Pelican Bay State Prison
Box 7500
Crescent City, CA 95532

Dated: November 7, 2008

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

3