IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>    Plaintiff,<br><br>    v<br><br>ROBERT HOREL et al.,<br><br>    Defendants. | Case No C 05-3759 CW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>November 6, 2008</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☐ Office of the California Attorney General

☒ Other: J. Randall Andrada

(2) The following individuals, parties, and/or representatives did not appear:

1  (3)     The outcome of the proceeding was:

2  ☐ The case has been completely settled.

3  ☐ The case has been partially resolved and, on or before

4  _____, counsel for defendants shall file a joint stipulation specifying

5  those claims which have been resolved and those that remain to be resolved by the Court.

6  ☐ The parties agree to an additional follow up settlement on

7  _____.

8  ☒ The parties are unable to reach an agreement at this time.

9

10  Date:  November 19, 2008

       Nandor J. Vadas
       United States Magistrate Judge

*United States District Court*
*For the Northern District of California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKER | No. C 05-3759 CW |
| v. | CERTIFICATE OF SERVICE |
| HOREL | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/19/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Todd A. Ashker**
#C58191
Pelican Bay State Prison
Box 7500
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3