IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD L. ASHKER,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBERT HOREL, et al.,<br><br>            Defendants.                / | No. C 05-3759 CW<br><br>ORDER GRANTING, IN PART, DEFENDANTS' CROSS-MOTION REGARDING PLAINTIFF'S DEPOSITION |

    This is a civil rights case filed pro se by state prisoner Todd Ashker.  On November 17, 2008, Plaintiff moved for a protective order to prevent Defendants' counsel from deposing him.  On November 21, 2008, the Court denied Plaintiff's motion for a protective order.  Defendants now cross-move for additional time, if necessary, to take Plaintiff's deposition.  Having considered Defendants' papers, the motion is granted, in part.

    Defendants are scheduled to take Plaintiff's deposition on December 2, 2008 from 9:30 a.m. to 4:00 p.m.  Defendants state the deposition must take place between the hours of 9:30 a.m. to 4:00 p.m. to cause minimal impact on the prison's administration.  They are concerned that because of Plaintiff's poor health, he might need many breaks, and thus, the deposition may take more than seven

hours and more than a single day.

A deposition is limited to one day of seven hours. Fed. R. Civ. Pro. 30(d)(1). The seven hours does not include time for lunch or reasonable breaks. Fed. R. Civ. Pro. 30(d)(1) Advisory Committee Notes to 2000 Amendment. The Court must allow additional time, if needed. Fed. R. Civ. Pro. 30(d)(1).

Defendants may depose Plaintiff for a total of seven hours, not including time for meals or other reasonable breaks. If, due to the breaks Plaintiff reasonably requests, Defendants cannot complete seven hours of deposition in one day, they may extend the deposition over a period of two days.

IT IS SO ORDERED

Dated 11/25/08

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

        Plaintiff,

  v.

ALAMEIDA ET AL et al,

        Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

J. Randall Andrada
Andrada & Associates
Professional Corporation
180 Grand Avenue
Suite 225
Oakland, CA 94612

Todd A. Ashker
#C58191
Pelican Bay State Prison
Box 7500
Crescent City, CA 95532

Dated: November 25, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3