1  J. RANDALL ANDRADA (SBN 70000)
   PETER LAURIE (SBN 226802)
2  **ANDRADA & ASSOCIATES**
   PROFESSIONAL CORPORATION
3  180 Grand Avenue, Suite 225
   Oakland, California 94612
4  Tel.:  (510) 287-4160
   Fax:   (510) 287-4161
5
   Attorneys for Defendants
6  ROBERT HOREL, et al.

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11
    TODD L. ASHKER,                    Case No.: C 05-3759-CW
12
           Plaintiff,                  **ORDER GRANTING
13                                     STIPULATION TO EXTEND DEADLINE
       v.                              TO DISCLOSE EXPERT WITNESSES
14                                     FROM DECEMBER 30, 2008 TO
    ROBERT HOREL, et al.,              JANUARY 16, 2009**
15
           Defendants.                 F.R.C.P 26(2)(C)
16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                          1

{00058557.DOC/} (0595)                              *Ashker. v. Horel, et al.*
STIPULATION TO DISCLOSE EXPERT WITNESSES            C 05 3759 CW (PR)

1  STIPULATION TO EXTEND DEADLINE TO DISCLOSE EXPERTS

2  The current Federal Rules of Civil Procedure Rule 26(2) expert witness disclosure deadline
3  is set for December 30, 2008. Todd Ashker, plaintiff in the above-captioned action, and Robert Horel,
4  et al, defendants in the above-captioned action hereby stipulate and agree, pursuant to F.R.C.P. 26(2)(C)
5  that the deadline to disclose expert witnesses be extended to January 16, 2009.

7  Dated: December 17, 2008

9  PETER LAURIE
   Attorney for Defendants

7  Dated: December 17, 2008

   TODD ASHKER
   Plaintiff

**IT IS SO ORDERED**
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

{00058557.DOC/} (0595)
STIPULATION TO DISCLOSE EXPERT WITNESSES

Ashker. v. Horel, et al.
C 05 3759 CW (PR)

2