J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
PETER LAURIE (SBN 226802)
plaurie@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD L. ASHKER,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERT HOREL, et al.,<br><br>         Defendants. | Case No.:  C 05-3759-CW<br><br>**ORDER ON APPLICATION TO DISMISS DEFENDANTS TED LEE WELTON, ACEL K. THACKER AND DWIGHT WINSLOW** |

Pursuant to plaintiff Todd Ashker's notices of voluntarily dismissal of defendants Ted Lee Welton, Dwight Winslow and Acel K. Thacker without prejudice, this action is discontinued as to those defendants only, and the allegations against them in the complaints on file herein are dismissed, without prejudice

IT IS SO ORDERED

Dated:     1/14/09

By _____
Hon. Claudia Wilken
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

        Plaintiff,

  v.

ALAMEIDA ET AL et al,

        Defendant.

_____/

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That onJanuary 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker
#C58191
Pelican Bay State Prison
Box 7500
Crescent City, CA 95532

Dated: January 14, 2009

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION