IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD L. ASHKER, | No. C 05-03759 CW |
|     Plaintiff, | ORDER TAKING MOTION UNDER SUBMISSION |
|   v. | |
| ROBERT HOREL, et al., | |
|     Defendants.     / | |

    Notice is hereby given that the Court, on its own motion, shall take Defendants' Motion for Order that Plaintiff Todd Ashker Appear at Trial by Videoconference under submission on the papers. Plaintiff's opposition to the motion will be due February 19, 2009, and any reply will be due February 26, 2009.

    IT IS SO ORDERED.

Dated: 2/6/09

    CLAUDIA WILKEN
    United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

          Plaintiff,

  v.

ALAMEIDA, et al,

          Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker
#C58191
Pelican Bay State Prison
Box 7500
Crescent City, CA 95532

Dated: February 6, 2009

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California