J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
PETER LAURIE (SBN 226802)
plaurie@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TODD L. ASHKER,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT HOREL, et al.<br><br>          Defendants. | Case No.:  C 05-3759-CW<br><br>**ORDER DISMISSING CLAIMS AND DEFENDANTS**<br><br>RULE 41(a)(1) |

Pursuant to the stipulation and voluntary dismissal, it is ORDERED that:

1.   plaintiff's fifth cause of action for California state law claims of intentional tort, conspiracy, negligence and medical malpractice against defendants Joe McGrath, Richard Kirkland, Patrick Smith, Mark Castellaw, J.R. Cox, and Matthew Nimrod are dismissed without prejudice;

2.   plaintiff may only reinstate his fifth cause of action for California state law claims of intentional tort, conspiracy, negligence and medical malpractice against defendants Joe McGrath, Richard Kirkland, Patrick Smith, Mark Castellaw, J.R. Cox, and Matthew Nimrod if this court's previous order on the defendants' motion for summary judgment dated September 27, 2007 dismissing plaintiff's first cause of action for retaliation and equal protection and Eighth Amendment claims is reversed on appeal and reinstated

1 against those defendants;

2    3. defendants retain all rights to oppose any such appeal;

3    4. plaintiff may only reinstate his state law claims against an individual defendant if the equal protection, Eighth Amendment or retaliation claims are reversed as to that individual defendant;

6    5. all other claims against defendants Joe McGrath, Richard Kirkland, Patrick Smith, Mark Castellaw, J.R. Cox, and Matthew Nimrod not specifically excepted by this order are dismissed with prejudice;

9    6. plaintiff Todd Ashker's fifth cause of action for California state law claims for intentional tort, conspiracy, negligence and medical malpractice is dismissed with prejudice as to all other defendants; and

12    7. all claims against defendants Jeanne Woodford, David Langlois, Linda Rowe, Clarene. David, Sue Risenhoover, and Robert Horel are dismissed with prejudice.[1] [Subject to reservation of right to appeal prior dismissal orders per stipulation.]

IT IS SO ORDERED

Dated:   2/27/09

By _____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

---

[1] Clarene David is identified as "Ms. David" and David Langlois is identified as "D. Langlois" in the court's records.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

        Plaintiff,

v.

ALAMEIDA ET AL et al,

        Defendant.
_____/

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker
#C58191
Pelican Bay State Prison
Box 7500
Crescent City, CA 95532

Dated: February 27, 2009

                            Richard W. Wieking, Clerk
                            By: Sheilah Cahill, Deputy Clerk