IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD L. ASHKER,

    Plaintiff,

  v.

MICHAEL C. SAYRE, et al.,

    Defendants.
    /

No. C 05-03759 CW

ORDER FOR FURTHER BRIEFING ON VIDEO-CONFERENCING AND FOR PLAINTIFF TO FILE TRIAL BRIEF

    On February 27, 2009, the Court granted Defendants' motion for Plaintiff to appear by video-conference at trial on the condition that Defendants and their counsel also appear by video-conference. The Court also provided the option of the parties consenting to a jury trial by Magistrate Judge Nandor Vadas in Eureka, California. On March 5, 2009, Defendants sent a letter indicating that Plaintiff does not agree to a trial before Magistrate Judge Vadas and that they oppose the suggestion that they appear by video-conference because they have a fundamental right to appear personally and defend themselves. However, Defendants did not cite authority establishing that they have such a fundamental right.

    In their letter, Defendants also raised several specific questions regarding video-conferencing. On March 23, 2009, Plaintiff submitted a letter making requests regarding video-conferencing. To begin with, if the parties have a request to make of the Court, they must file and serve noticed motions pursuant to Civil Local Rule 7-2 or 7-11 (Administrative Motion). They may not

write letters to the Court.

The parties' letters do not address a number of issues regarding video-conferencing, such as who would arrange, find space and pay for the video-conferencing equipment, both at Pelican Bay State Prison (PBSP) and in this courtroom. Defendants have not addressed Plaintiff's suggestion of having witnesses who live near PBSP testify from there via video-conference and having witnesses who live in the San Francisco Bay Area testify in the courtroom.

Therefore, the parties are ordered to file short briefs addressing these issues. Defendants are to file their brief within five days from the date of this order. They should include authority for the proposition that they have a right to appear in person at trial. Plaintiff is to file his responsive brief five days thereafter. If Defendants wish to file a reply, they may do so two days thereafter.

IT IS SO ORDERED.

Dated: 4/14/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

        Plaintiff,

v.

ALAMEIDA ET AL et al,

        Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: April 14, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk