IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD L. ASHKER,

    Plaintiff,

  v.

MICHAEL C. SAYRE, et al.,

    Defendants.
_____/

No. C 05-03759 CW

ORDER GRANTING PLAINTIFF'S REQUEST FOR ASSISTANCE REGARDING TRIAL EXHIBITS
(Docket # 303)

    Plaintiff has filed a motion requesting the Court's assistance in filing his trial exhibits. Plaintiff states that, because he is incarcerated, he does not have numbered exhibit tabs, exhibit markers or scotch tape to attach the tabs or markers.

    Plaintiff may use a cover sheet for each exhibit instead of exhibit tabs or markers. He is to prepare a cover sheet for each exhibit with the case number, case name and exhibit number. Plaintiff is reminded that he is also to provide copies of all exhibits to opposing counsel.

    IT IS SO ORDERED.

Dated: 4/14/09

                                CLAUDIA WILKEN
                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

        Plaintiff,

v.

ALAMEIDA ET AL et al,

        Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: April 14, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2