IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD A. ASHKER,

    Plaintiff,

  v.

MICHAEL C. SAYRE, et al.,

    Defendants.
    /

No. C 05-03759 CW

ORDER TO ISSUE WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    IT IS HEREBY ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Testificandum for the person of Todd A. Ashker (C58191), who is currently in the custody of the Warden of Pelican Bay State Prison, Crescent City, California, as indicated on the attached Writ.

Dated: 4/14/09

_____
CLAUDIA WILKEN
United States District Judge

To:   Warden of Pelican Bay State Prison
      Crescent City, CA  95532
      c/o United States Marshal's Office
      Oakland, CA

Greetings.

WE COMMAND that you have and produce the body of Todd A. Ashker who is now in your custody before the United States District Court, Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California on **May 11, 2009, at 8:30 A.M.**, for trial to testify on that date and thereafter and at the termination of said testimony and appearance to return him forthwith to your custody, or abide by such order of the above entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in the Court;

WITNESS the Honorable Claudia Wilken, United States District Judge for the Northern District of California.

Dated: 4/14/09                CLERK, UNITED STATES DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA


                        By:   _____
                              DEPUTY CLERK