**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD L. ASHKER,

       Plaintiff,

  v.

MICHAEL C. SAYRE, et al.,

       Defendants.

_____/

No. C 05-3759 CW

ORDER FOR PARTIES
TO SUBMIT
OPPOSITIONS TO
MOTIONS IN LIMINE

    This case is scheduled to go to trial on May 11, 2009. Defendants have filed nine motions in limine and Plaintiff has filed seven. To date, no oppositions to the motions have been filed, although Plaintiff's motion in limine number 5 appears to be responsive to Defendants' motions in limine numbers 4 and 6, Plaintiff's motion in limine 6 appears to be responsive to Defendants' motion in limine number 5 and Plaintiff's motion in limine number 7 appears to be responsive to Defendants' motion in limine number 2.

    The Court's Order for Pretrial Preparation provides that opposition to motions in limine are due five days following service of the motions. More than five days have passed since all motions in limine have been filed. Therefore, five days from the date of

1 this order, the parties are ordered to file their oppositions to

2 the motions in limine.  If Plaintiff intends that the motions cited

3 above are to serve as his oppositions, he is to file a statement

4 indicating this.  If a party does not oppose a motion in limine,

5 that party shall file a statement so indicating.  If a party does

6 not file an opposition, the motion in limine may be granted.

7

8      IT IS SO ORDERED

9          4/28/09

10 Dated _____

CLAUDIA WILKEN
11                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

ASHKER,

Case Number: CV05-03759 CW

5

            Plaintiff,

**CERTIFICATE OF SERVICE**

  v.

6

7

ALAMEIDA ET AL et al,

8

            Defendant.
                                                          /

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on April 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City,  CA 95532

15

16

17

Dated: April 28, 2009

18

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

3