IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD A. ASHKER,

       Plaintiff,

  v.

MICHAEL C. SAYRE, et al.,

       Defendants.
                                 /

No. C 05-3759 CW

ORDER ON PLAINTIFF'S MOTION FOR ORDER PERMITTING HIM TO CONTACT INMATE WITNESSES (Doc. # 347)

    This case is scheduled to go to trial on May 11, 2009. Plaintiff is an inmate at Pelican Bay State Prison (PBSP). On April 20, 2009, Plaintiff filed this motion for the Court to order PBSP to allow him to contact three PBSP inmates he has designated as trial witnesses. Plaintiff indicates that he needs to communicate with these witnesses to notify them about the trial date and exchange legal correspondence and documents relevant to the case and their testimony.

    Plaintiff states that PBSP allows inmate plaintiffs to exchange correspondence and legal documents with inmate witnesses one time only and that PBSP will not allow him to correspond with designated witnesses Frank Clement, Michael Williams and Eric Snedeker because he has corresponded with them previously in regard to his opposition to Defendants' motion for summary judgment in this case.

    The Court reviews this motion in conjunction with Plaintiff's

motion for writs of habeas corpus ad testificandum for nine inmate prisoners Plaintiff has designated as trial witnesses. (Docket # 322). The Court found that Frank Clement would offer relevant testimony but that Plaintiff had not provided adequate proof that Michael Williams or Eric Snedeker would offer relevant testimony. Therefore, Plaintiff's motion for an order permitting him to contact Williams and Snedeker is denied.

The Court is inclined to grant in part Plaintiff's motion to communicate with inmate Clement, to the extent that Plaintiff would be allowed to send to Clement one two-page letter, along with a copy of all of Clement's declarations that have been filed in this case. The letters and declarations would be subject to review by PBSP staff.

Defendants and the PBSP Warden have not yet had an opportunity to file an opposition to Plaintiff's motion. Defendants' counsel shall notify the Warden of the motion. If Defendants or the PBSP Warden oppose this motion, they shall file an opposition within three days from the date of this order. If no opposition is filed within this time period, the Court will issue the described order.

IT IS SO ORDERED

Dated 4/29/09

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

    Plaintiff,

v.

ALAMEIDA ET AL et al,

    Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: April 29, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3