IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD L. ASHKER,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>            Defendants.<br>_____/ | No. C 05-03759 CW<br><br>ORDER FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' ARGUMENT THAT DEFENDANT MCLEAN SHOULD BE DISMISSED FROM THIS ACTION |

   This case is scheduled to go to trial on May 11, 2009. Plaintiff's claim for breach of the 2002 settlement agreement is brought against Dr. Michael C. Sayre, Maureen McLean and Matthew Cate, Director of the California Department of Corrections and Rehabilitation (CDCR).  Both parties agree that only the breach of contract claim remains against Ms. McLean.  Defendants argue that because the CDCR and Plaintiff were the only parties to the 2002 settlement agreement, Mr. Cate, director of the CDCR, is the only proper defendant for the contract claim.  Thus, Defendants argue that this claim should be dismissed against Dr. Sayre and Ms. McLean.

   Plaintiff has not responded to this argument.  Plaintiff is

ordered to file his response to this argument within five days from the date of this order.  If Plaintiff does not respond within this time frame, the contract claim may be dismissed against Dr. Sayre and Ms. McLean.

IT IS SO ORDERED.

Dated:    5/1/09



CLAUDIA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

        Plaintiff,

  v.

ALAMEIDA ET AL et al,

        Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: May 1, 2009

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk