**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD A. ASHKER,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>      Defendants.                / | No. C 05-3759 CW<br><br>ORDER TO ISSUE<br>WRIT OF HABEAS<br>CORPUS AD<br>TESTIFICANDUM |

IT IS HEREBY ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Testificandum for the person of Alfonso Palomino (H42119), who is currently in the custody of the Warden of Pelican State Prison, Crescent City, California, as indicated on the attached Writ.

5/4/09

Dated _____    _____
                                                                       CLAUDIA WILKEN
                                                                       United States District Judge

To: Warden of Pelican Bay State Prison
    Crescent City, California 95532

Greetings:

WE COMMAND that you have and produce the body of Alfonso Palomino (H42119) who is now in your custody to the video room at Pelican Bay State Prison on **May 11, 2009, at 1:30 P.M.,** for trial to testify on that date and thereafter, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in the video room;

WITNESS the Honorable Claudia Wilken, United States District Judge for the Northern District of California.

Dated: 5/4/09                CLERK, UNITED STATES DISTRICT COURT
                             NORTHERN DISTRICT OF CALIFORNIA

                             *Sheilah Cahill*

                        By: _____
                             DEPUTY CLERK

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

        Plaintiff,

  v.

ALAMEIDA ET AL et al,

        Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: May 4, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

3