IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD L. ASHKER,

    Plaintiff,

  v.

MICHAEL C. SAYRE, et al.,

    Defendants.
                                     /

No. C 05-03759 CW

ORDER FOR UNITED STATES MARSHAL TO SERVE PLAINTIFF'S WITNESS DR. GREGORY DUNCAN

    The trial in this case has started today, May 11, 2009. Plaintiff has been unable to serve a subpoena on Dr. Gregory Duncan to appear as his witness at this trial. Plaintiff requests that the Court order the United States Marshal to serve his subpoena on Dr. Gregory Duncan.

    Title 28 U.S.C. § 1921(a)(B) provides that the United States Marshal shall routinely collect, and the court may tax as costs or fees for serving a subpoena for a witness.  Title 28 C.F.R. § 0.114(a)(3) provides that the United States Marshal shall collect a fee for serving a subpoena at the rate of $45.00 per hour, or portion thereof, plus travel expenses.

    Pursuant to 28 U.S.C. § 1921 and 28 C.F.R. § 0.114, the Court orders the United States Marshal to serve Plaintiff's subpoena on Dr. Duncan at his office at 1200 Marshall Street, Crescent City, California 95531, (707) 465-1126.  Dr. Duncan may testify by video-

conference from Pelican Bay State Prison 8:30 a.m. on Thursday morning, May 14, 2009. It may be possible to schedule the testimony for Tuesday or Wednesday, May 12 or 13, 2009 between 8:30 a.m. and 1:00 p.m. Dr. Duncan may call the Courtroom Deputy, Ms. Sheilah Cahill at (510)637-3542 to make scheduling arrangements. The United States Marshal shall collect the necessary fees from Plaintiff.

    IT IS SO ORDERED.

Dated: 5/11/09

CLAUDIA WILKEN
United States District Judge