IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD L. ASHKER,

      Plaintiff,

v.

MICHAEL C. SAYRE and MATTHEW CATE,

      Defendants.

No. C 05-3759 CW

VERDICT FORM

FILED
MAY 22 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I.   MEDICAL CLAIMS

    **A. Negligence Claim**

1.   Was Dr. Sayre negligent in his treatment of Plaintiff?

    Yes  X     No _____

    [If your answer to question 1 is "yes," proceed to question 2. If you answered "no," then proceed to question 8.]

2.   Was Dr. Sayre's negligence a substantial factor in causing harm to Plaintiff?

    Yes  X     No _____

    [If your answer to question 2 is "yes," answer question 3. Otherwise, proceed to question 8.]

    **B. Civil Rights Claim**

3.   Did Dr. Sayre knowingly disregard a serious medical need of Plaintiff?

    Yes  X     No _____

    [If the answer to Question 3 is "yes," proceed to question 4. If you answered "no," then proceed to question 8 unless you answered "yes" to question 2, in which case proceed to question 5.]

4. Was Dr. Sayre's knowing disregard of Plaintiff's serious medical need a substantial factor in causing harm to Plaintiff?

Yes __X__   No _____

[If you answered "yes" to Questions 2 and/or 4, proceed to question 5. Otherwise, proceed to question 8.]

**II.  Damages for Medical Claims**

5. What are Plaintiff's damages, if any?

$ _6,500.00_

[If you answered "yes" to question 4, then answer question 6.]

6. Do you award punitive damages against Dr. Sayre as a result of his intentional disregard of Plaintiff's serious medical need?

Yes _____   No __X__

7. If your answer to question 6 is "yes," what amount of punitive damages do you award?

$ _____

**III. Contract Claim**

8. Was Plaintiff harmed by the breach of the 2002 settlement agreement?

Yes _____   No __X__

[If your answer to question 8 is "yes," proceed to question 9. If you answered "no," sign and date the verdict form.]

9. What amount of money, if any, in addition to any amount awarded above, is necessary to compensate Plaintiff for the harm caused by the breach of the 2002 settlement agreement?

$ _____

**Please sign, date, and return this form.**

Dated: 5/22/2009

_____
Jury Foreperson