FINAL ___5/22/09___
OR INTERIM FOR
WEEK ENDING _____

**CASE NUMBER:**    C-05-3759 CW (PR) _____

**TITLE:** _____ Ashker v. Sayre _____

**COURT REPORTER(S):**   Raynee Mercado _____

**DEPUTY CLERK:** _ Sheilah Cahill ____    **JUDGE:** ___ Claudia Wilken ____

**ATTORNEY(S) FOR PLAINTIFF:** _____    **ATTORNEY(S) FOR DEFENDANT:** _____

   Todd Ashker, pro se            J. Randall Andrada

FILED

MAY 2 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**JURY ATTENDANCE RECORD**

**YEAR** 2009    **MONTH** May      **DATE**

| NAME | BADGE # | 11 | 12 | 13 | 14 | 15 | 18 | 19 | 20 | 21 | 22 |
|------|---------|----|----|----|----|----|----|----|----|----|----|

## LIST OF EXHIBITS AND WITNESSES
### Continued

Page ___1___

CASE NO.  C-05-3759 6W (PR)   TITLE:   Askker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | | MAY 1 1 2009  C/R Raynee Mercado | |
| | | | | | | 844 | Court resumes w/o jury. Only Defendants are Sayre & Cate Claims against McClean are dismissed. Contract claim against Sayre is dismissed. Plaintiff requests assistance of US Marshal to subpoena certain witnesses. Court will let Pelican Bay witnesses testify via teleconferencing. | |
| | | | | | | 910 | Prospective jurors brought to courtroom. Names randomly drawn + jurors seated in order called. Voir dire oath administered. | |
| | | | | | | 937 | Judge takes the bench + begins voir dire process. | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page  2

| CASE NO. C-05-3759 CW (PR) | | | TITLE: | | | Askker v. Sayre | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | 1115 | Break for prospective jurors until 11:45. Parties to return to court a 1130. | |
| | | | | | | 1130 | Court resumes. w/o jury. Court takes up hardship/cause challenges. | |
| | | | | | | 1149 | Court continues voirdire with prospective jurors #23 & 24 only present | |
| | | | | | | 12:00 | Prospective Jurors #23 +24 excused. leave courtroom. Court takes additional cause challenges. | |
| | | | | | | 1209 | Court resumes will all prospective jurors Jury selected. some Initial Instructions given to jury. | |
| | | | | | | 1215 | Jurors excused until 130 pm | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page ___3___

CASE NO. C-05-3759 CW (PR)   TITLE:   Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | | Parties remain to discuss witnesses & testimony D to submit list of issues re Dr Allen's testimony to Court. | |
| | | | | | | 1257 | Break to 130 | |
| | | | | | | 147 | Court resumes w/o jury to discuss preliminary jury instructions | |
| | | | | | | 150 | Court resumes with jury. Preliminary instructions given to jury | |
| | | | | | | 2:11 | Open statement by Plaintiff | |
| | | | | | | 239 | Opening by Defendants. | |
| | | | | | | 311 | Break to    325 | |
| | | | | | | 325 | Court resumes with jury | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page _____ 4

CASE NO.  C-05-3759 CW (PR)  TITLE:        Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 3:5 | Direct exam - Todd Ashker | 11 |
| 184 | | | | | | | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 48 | | | | | | | | |
| 140 | ✓ | ✓ | | | | MAY 1 1 2009 | ~~EVIDENCE~~ - say to mo to strike by △ | |
| | | | | | | | | |
| | ✓ | | ✓ | ✓ | ✓ | 4:25 | Court adjourns for the day for surgent. tomorrow 130 Parties remain to discuss testimony + witnesses. Re TI Ashker medical record - ~~warrant~~ anything anyone party has a desire to come in can come in. | |
| | | | | | | 4:41 | Court adjourns for the day | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page ___5___

CASE NO. C-05-3759 CW (PR)   TITLE:   Ashker v. Sayre

| Plaintiff Ex.# | id | ev. | Defendant Ex.# | id | ev | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | MAY 1 2 2009  C/R Diane Skillman | |
| | | | | | | 836 | Court resumes with jury | |
| | | | | | | " | Cont'd direct - Todd Ashker by Π | |
| | | | | | | | Exs. 115-120, 136 | |
| 115 | | | | | | | | |
| 116 | | | | | | | | |
| 117 | | | | | | | | |
| 118 | | | | | | | | |
| 119 | | | | | | | | |
| 120 | | | | | | | | |
| -136 | | | | | | | | |
| 152 | | | | | | | | |
| 157 | | | | | | | | |
| 170 | | | | | | | | |
| 157 | | | | | | | | |
| 159 | | | | | | | | |
| 162 | | | | | | | | |
| 165 | | | | | | | | |
| | | | | | | 1020 | Break to 1030 | |
| | | | | | | 1038 | Court resumes with jury | |
| | | | | | | " | Direct exam - Danny Troxell by video conferencing | Π |

LIST OF EXHIBITS AND WITNESSES
Continued

Page ___6___

CASE NO. C-05-3759 CW (PR) TITLE: Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | 1110 | Cross exam - Danny Troxell by △ | |
| | | | | | | 1122 | Redirect exam - Danny Troxell by π | |
| | | | | | | 1129 | Direct exam - Alphonso Palomino | π |
| | | | | | | 1142 | Cross exam - Alphonso Palomino by △ | |
| | | | | | | 1142 | Cnt'd direct - Todd Ashker by π | |
| | | | | | | 1246 | Drem 12:00 | |
| | | | | | | 1200 | Court resumes w/o jury Court will play first 5 minutes of video. | |
| | | | | | | 12:02 | Court resumes with jury. | |
| | | | | | | 12:03 | Court plays video. | |
| 147 | ✓ | ✓ | | | | 1207 | Court audit by Todd Ashker (Subj. to mo to strike) | |
| | | | | | | 1247 | Cross exam - Todd Ashker by △ | |
| | | | | | | 1232 | Court adjourns until 880 Parties remain | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page __7__

CASE NO.  C-05-3759 CW (PR)   TITLE:   Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | | to discuss schedule and testimony. Court will allow Dr Kreis to testify by video conference. ∆ to brief " no damages for breach of contract claim." | |
| | 1 | | | | | 200 | Court adjourns for the day | |
| | | | | | | | MAY 1 3 2009  C/R Diane Skillman | |
| | | | | | | 86 | Court resumes with jury ∆ counsel to exclude witnesses= denied w/o prejudice. Court instructs Dr Weinstein re ∏ gang affiliation. Court addresses Dr Allen's representation by Mr Andrada & his testimony. | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page ___8___

CASE NO. C-05-3759 CW (PR) TITLE: Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | 847 | Court resumes with jury | |
| | | | | | | " | Direct exam - Corey Weinstein | TT |
| 142 | ✓ | | | | | | < Page 8 > | |
| 180 | | | | | | | | |
| | | | | | | 1015 | Break to 1030 | |
| | | | | | | | Parties remain to | |
| | | | | | | | discuss schedule | |
| | | | | | | 1035 | Court resumes w/o | |
| | | | | | | | jury to discuss scheduling | |
| | | | | | | | re Dr Duncan + | |
| | | | | | | | attachments to Dr | |
| | | | | | | | Weinsteins report | |
| | | | | | | | which TT want to | |
| | | | | | | | introduce as an exhibit | |
| | | | | | | 1040 | Court resumes with jury | |
| | | | | | | | Cont'd direct - Dr Weinstein by TT | |
| | | | | | | 1056 | Cross exam - Dr. Weinstein by ∆ | |
| | | | | | | 1044 | Redirect exam - Dr Weinstein by TT | |
| | | | | | | 1255 | Break to 1210 | |
| | | | | | | 1210 | Court resumes w/o jury | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page _____ 9

| CASE NO. C-05-3759 CW (PR) TITLE: | | | | | | Askker v. Sayre | |
|---|---|---|---|---|---|---|---|
| **Plaintiff** | | | **Defendant** | | | | |
| Ex.# | id | ev. | Ex.# | id | ev | **EXHIBITS** | **WITNESSES** | Call By |

| Plaintiff Ex.# | id | ev. | Defendant Ex.# | id | ev | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Court places time limits | |
| | | | | | | | on examinations | |
| | | | | | | | of Drs. Duncan & | |
| | | | | | | | Kreis | |
| | | | | | | 1211 | Court resumes with jury | |
| | | | | | | | Direct exam - Dr. Gregory Duncan | Π |
| | | | | | | | by teleconferencing | |
| | | | | | | 1244 | No Cross by D. | |
| | | | | | | 1250 | Direct exam - Dr. Paul Kreis M.D. | D |
| | | | 200 | ✓ | | | | |
| | | | 201 | ✓ | | | | |
| | | | 202 | ✓ | | | | |
| | | | | | | 106 | Cross exam - Dr. Paul Kreis by Π | |
| | | | | | | 117 | Cont'd cross of Π Todd | |
| | | | | | | | Ashker by D. | |
| | | | | | | 130 | Court adjourns until tomorrow | |
| | | | | | | | @ 8:30. | |
| | | | | | | | Parties remain. | |
| | | | | | | | Court discusses draft | |
| | | | | | | | final instructions | |
| | | | | | | | Parties to return today | |
| | | | | | | | @ 2:30 to discuss | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page _10_

CASE NO. C-05-3759 CW (PR) TITLE: Askker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | 1d | ev. | Ex.# | 1d | ev | | | |
| | | | | | | | jury instructions | |
| | | | | | | | | |
| | | | | | | 3/2 | Court resumes w/o jury & w/o ∏. ⤷ discusses Dr Winslow's scheduling. If D can arrange Dr Winslow appearance by video conferencing at UC Davis that would be OK. D can submit objections in writing | |
| | | | | | | 320 | Court adjourns. | |
| | | | | | | | MAY 1 4 2009 Diane Skillman | |
| | | | | | | 828 | Court resumes with out jury to discuss timing & scheduling | |
| | | | | | | 89 | Court resumes with jury Direct exam - Dr Everett Allen | ∏ |

LIST OF EXHIBITS AND WITNESSES
Continued

Page ___11___

CASE NO.  C-05-3759 CW (PR)   TITLE:         Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | 907 | Cross exam - Dr Allen by △ | |
| | | | | | | 916 | Redirect - Dr Allen by Π | |
| | | | | | | 917 | Redirect exam - Todd Ashker by Π | |
| | | | | | | 941 | Re Cross exam - Todd Ashker by △ | |
| | | | | | | 945 | Break to 1000 | |
| | | | | | | 1002 | Court resumes with jury | |
| | | | 242 | ✓ | | " | Direct exam - Michael Sayre | △ |
| 16do | | | | | | | | |
| | | | | | | 1130 | Break to 1145 | |
| | | | | | | 1146 | Court resumes with jury | |
| | | | 170 | ✓ | | " | Direct exam - Patrick Dodgen by Π | |
| | | | 170 | ✓ | | | (First page) Note 3/1/07 | |
| | | | | | | | < Page 8 > | |
| | | | | | | 1223 | Cross exam - Patrick Dodgen by △ | |
| | | | | | | 1227 | Redirect exam Patrick Dodgen by Π | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page ___12___

CASE NO. C-05-3759 CW (PR) TITLE: Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | 12 32 | Direct exam - Dr Dwight Winslow by video conferencing | π |
| | | | 154 | ✓ | | | | |
| | | | | | | 109 | Cross exam - Dr Winslow by △ | |
| | | | | | | 110 | No redirect of Dr Winslow by π | |
| | | | | | | 115 | Direct exam - Dr Linda Rowe (by video conferencing) | △ |
| | | | | | | 122 | Cross exam - Dr Rowe by π | |
| | | | 162 | ✓ | | | | |
| | | | | | | 140 | Court adjourns w/out jury until tomorrow w/ Bo Parties to return at 3:00 p.m. | |
| | | | | | | 3/6 | Court resumes w/o jury to discuss jury instructions, verdict & exhibits | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page ___13___

CASE NO.  C-05-3759 CW (PR)   TITLE:        Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | | △ moves pursuant to Rule 50 as to deliberate indifference claim – denied. | |
| | | | | | | 4/9 | Court adjourns until tomorrow @ 8:30 | |
| | | | | | | | MAY 15 2009 C/R Duane SkallMan | |
| | | | | | | 834 | Court resumes w/o jury | |
| | | | | | | | Court discusses witness schedule | |
| | | | | | | 835 | Court resumes with jury | |
| 162 | | | MMM | | | " | Cross exam – Dr. Sayre by ☐☐ | |
| | | | | | | 851 | Redirect exam. Dr Sayre by △ | |
| 188 | | | MMM | | | 855 | ReCross – Dr. Sayre by ☐☐ | |
| 171 | | | MMM | | | | | |
| | | | | | | | Reredirect – Dr. Sayre by △ | |
| MMM | ✓ | | 247 | ✓ | | | | |
| MMM | ✓ | | 248 | ✓ | | | | |
| | | | | | | 903 | Rerecross · Dr. Sayre by ☐☐ | |
| | | | | | | 927 | Reredirect – Dr. Sayre by △ | |
| MMM | ✓ | | 248 | ✓ | | | | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page _____ 14

CASE NO. C-05-3759 CW (PR) TITLE:   Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | 932 | Direct- Dr Jack Friedman | △ |
| | | | 243 | ✓ | ✓ | MAY 15 2009 | (157 of π's exhibits) IN EVIDENCE | |
| | | | 244 | ✓ | ✓ | MAY 15 2009 | IN EVIDENCE | |
| | | | 245 | ✓ | ✓ | MAY 15 2009 | IN EVIDENCE | |
| | | | 246 | ✓ | ✓ | MAY 15 2009 | IN EVIDENCE | |
| | | | | | | 954 | Cross exam - Dr. Friedman by π | |
| | | | | | | 1015 | Break                    1080 | |
| | | | | | | 1034 | Court resumes with jury | |
| 179 | | | | | | | Direct exam - Dr Carl Shin (D 241) | △ |
| | | | | | | 1137 | Cross exam - Dr Carl Shin by π | |
| | | | | | | 1211 | Redirect - Dr Carl Shin by △ | |
| | | | | | | 1214 | Re Cross - Dr Carl Shin by π | |
| | | | | | | 1214 | Re redirect - Dr Carl Shin by △ | |
| | | | | | | 1213 | Re re Cross - Dr Carl Shin by π | |
| | | | | | | 1228 | - Break to            1240 | |
| | | | | | | 1241 | Court resumes with jury | |
| | | | | | | " | Re re Cross by π | |
| | | | 139 | | | | | |
| | | | | | | 1244 | Re redirect by △ | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page ___15___

CASE NO.  C-05-3759 CW (PR)   TITLE:   Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | | Call |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | WITNESSES | By |
| | | | | | | 1245 | Direct exam - Sue Risenhoover by video conferencing | △ |
| | | | | | | 1252 | Cross exam - Sue Risenhoover by TT | |
| | | | 163 | | | | | |
| | | | 66 | | | | | |
| | | | 166 | | | | | |
| | | | 165 | | | | | |
| | | | | | | 1:15 | Direct - Maureen McLean | △ |
| | | | | | | 123 | Cross - Maureen McLean by TT | |
| | | | | | | 127 | TT has no rebuttal | |
| | | | | | | 129 | Jury to return on Monday a 9:00 AM. Parties remain to discuss verdict & jury instructions. | |
| | | | | | | 143 | Parties to return today a 330 to meet with Clerk to go over exhibits | |
| | | | | | | 340 | Parties present with Clerk | |
| | | | | | | 525 | Court ends for the day | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page  16

CASE NO.  C-05-3759 CW (PR)  TITLE:   Askker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev. | | | |
| | | | | | | | MAY 1 8 2009  Diane Skillman | |
| | | | | | | 841 | Court resumes without jury | |
| | | | | | | | Court rules on exhibits the were objected to be either party | |
| 176 | ✓ | ✓ | | | | | Redacted version can come in | |
| 181 | ✓ | ✓ | | | | | Court will allow declaration in support of Protective Order | |
| | | | | | | | Court discusses jury instructions + verdict form. | |
| | | | | | | 980 | Court resumes with jury | |
| | | | | | | | Court instructs jury | |
| | | | | | | 954 | Closing by Plaintiff | |
| | | | | | | 1050 | Break to           1105 | |
| | | | | | | 1110 | Court resumes with jury | |
| | | | | | | | Closing by Defendants | |
| | | | | | | 1158 | Rebuttal Argument by TT | |
| | | | | | | 1213 | Remaining instructions given to jury | |
| | | | | | | 1220 | Jury begins deliberating | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page 17

CASE NO.  C-05-3759 CW (PR)  TITLE:
Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | 310 | Note from jury. Court resumes without jury to discuss note. | |
| | | | | | | 315 | Court resumes with jury to answer note. Court reporter reads portion of transcript referred to in note. | |
| | | | | | | 318 | Jury resumes deliberating. | |
| | | | | | | | Parties to remain until 4:10 | |
| | | | | | | 4:00 | Jury leaves for the day. | |
| | | | | | | | MAY 1 9 2009 Diane Skillman | |
| | | | | | | 830 | Jury continues to deliberate | |
| | | | | | | 12:00 | Note from jury | |
| | | | | | | 1205 | Court resumed with the parties to discuss note. Court requires written response to be given to jury. | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page _____ 18

CASE NO. C-05-3759 CW (PR)   TITLE: Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | 1:48 | Note from jury Court resumes with parties to discuss note. ① will not stipulate to less than unanimous verdict. Court prepares written response to be given to jury. | |
| | | | | | | 155 | Response to note given to jury | |
| | | | | | | | MAY 2 0 2009  /s/Diane Skillman | |
| | | | | | | 880 | Jury continues to deliberate | |
| | | | | | | 1009 | Note from jury Court resumes without jury to discuss note | |
| | | | | | | 1023 | Court resumes with jury Court answers note on the record. | |
| | | | | | | 1025 | Court resumes deliberations | |

LIST OF EXHIBITS AND WITNESSES
Continued

CASE NO. C-05-3759 CW (PR) TITLE: Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | 1148 | 2 notes received from Jury | |
| | | | | | | 1149 | Court resumes without jury to discuss notes | |
| | | | | | | 1153 | Court resumes with jury to answer questions | |
| | | | | | | 1157 | ~~test~~ Jury continues deliberation | |
| | | | | | | 300 | Jury leaves for the day - will return a 930 tomorrow | |
| | | | | | | 930 | ~~illegible~~ | |
| | | | | | | 880 | MAY 2 1 2009  C/R Diane Skillman  Jury continues to deliberate | |
| | | | | | | 935 | 2 Notes received from jury  Court resumes w/o jury to discuss notes | |
| | | | | | | 949 | Court resumes with jury. Court answers questions in open Court. | |

LIST OF EXHIBITS AND WITNESSES
Continued

Page 20

CASE NO. C-05-3759 CW (PR)   TITLE:   Ashker v. Sayre

| Plaintiff | | | Defendant | | | EXHIBITS | WITNESSES | Call By |
|---|---|---|---|---|---|---|---|---|
| Ex.# | id | ev. | Ex.# | id | ev | | | |
| | | | | | | 1000 | Jury resumes deliberations | |
| | | | | | | 124 | Court receives note from jury | |
| | | | | | | 125 | Court resumes w/o jury to discuss note. | |
| | | | | | | 129 | Court resumes with jury. Court answer note on the record | |
| | | | | | | 134 | Court adjourns for the day | |
| | | | | | | | MAY 2 2 2009   Diane Skillman | |
| | | | | | | 1035 | Jury has unanimous verdict Court resumes with jury Jury returns verdict in favor of II. Jury polled. Verdict is unanimous Jury discharged | |
| | | | | | | | Admitted exhibits retained by Clerk. | |