IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD L. ASHKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 05-03759 CW<br><br>ORDER DENYING AS MOOT PLAINTIFF'S REQUESTS FOR EXTENSIONS OF TIME TO FILE MOTIONS FOR NEW TRIAL ON ISSUE OF DAMAGES AND FOR COSTS AND GRANTING MOTION FOR BRIEFING SCHEDULE ON INJUNCTIVE RELIEF<br>(Docket # 422) |

　　　Plaintiff requests an extension of time to file a motion for a new trial on the issue of damages pursuant to Federal Rule of Civil Procedure 59 and a motion for costs of suit. Plaintiff also requests that the Court issue a briefing schedule on the issue of injunctive relief on his claim of breach of the 2002 Settlement Agreement. Defendants have not filed an opposition.

　　　The time to file a motion for a new trial under Federal Rule of Civil Procedure 59 is no later than ten days after the entry of judgment. The time to file a bill of costs is no later than fourteen days after entry of judgment. Civil L.R. 54-1. Because judgment has not been entered in this case, Plaintiff's requests for extensions of time to file motions for a new trial and for

costs are denied as moot.

The Court grants Plaintiff's request for a briefing schedule on the breach of contract claim for specific performance or injunctive relief: Plaintiff shall file his brief within forty-five days from the date of this order, Defendant Matthew Cate shall file a response thirty days thereafter, and, if Plaintiff wishes to file a reply, he shall do so within fifteen days from receipt of Defendant's response.

IT IS SO ORDERED.

Dated: 6/11/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

        Plaintiff,

v.

ALAMEIDA ET AL et al,

        Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 11, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: June 11, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk