**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD L. ASHKER,

    Plaintiff,

  v.

MICHAEL C. SAYRE, et al.,

    Defendants.
_____/

No. C 05-03759 CW

ORDER DENYING PLAINTIFF'S MOTION FOR TAXATION OF COSTS AND EXPERT FEES

    Plaintiff Todd L. Ashker moves for taxation of costs and expert fees. Defendants have not filed an opposition. Having read Plaintiff's papers, the Court denies the motion as premature.

    Local Rule 54-3 explicates the Northern District's procedures for filing a bill of costs. "A prevailing party claiming taxable costs must serve and file a bill of taxable costs" no later than fourteen days after entry of judgment or an order under which costs may be claimed. Civ. L.R. 54-3. "Service of bill of costs shall constitute notice of a request for taxation of costs by the Clerk." Civ. L.R. 54-1(b). Within ten days after service, the party against whom costs are claimed must serve and file any specific objections to any item of cost claimed in the bill, succinctly setting forth the grounds for each objection. Civ. L.R. 54-2(a).

    Because judgment has not entered and will not be entered until the issue of equitable relief is decided, Plaintiff's motion for

taxation of costs is premature. Furthermore, under Civil Local Rule 54-3, Plaintiff need not file a motion for taxation of costs -- he need only file a bill of taxable costs with the Clerk of the Court. Title 28 U.S.C. § 1920 enumerates expenses that a federal court may tax as a cost. Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437, 441-42 (1987).

Accordingly, the Court denies Plaintiff's motion for taxation of costs as premature. (Docket # 426).

IT IS SO ORDERED.

Dated: 10/1/09

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

        Plaintiff,

v.

ALAMEIDA ET AL et al,

        Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: October 1, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk