IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, | No. 05-03759 CW |
|     Plaintiff, | ORDER FOR REPORT FROM DEFENDANT CATE IN ACCORDANCE WITH FEBRUARY 2, 2010 ORDER |
|   v. | |
| MATTHEW CATE, et al., | |
|     Defendants. / | |

On February 2, 2010, this Court entered an Order for Specific Performance in which it provided Defendant Matthew Cate with a timetable to complete certain tasks to carry out his obligations under the 2002 Settlement Agreement regarding the medical treatment of Plaintiff's injured right arm and wrist. Defendant Cate was ordered to file, two weeks from the date of the February 2, 2010 Order, a report to the Court, served on Plaintiff, indicating the status of his performance of the 2002 Settlement Agreement and the February 2, 2010 Order of the Court. The report was due on February 18, 2010. To date, Defendant Cate has not filed the report. Defendant Cate is ordered to file the report, in accordance with the February 2, 2010 Order, within two days from the date of this order.

    IT IS SO ORDERED.

Dated: March 2, 2010

                                                CLAUDIA WILKEN
                                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER,

        Plaintiff,

v.

MATTHEW CATE, et al.,

        Defendants.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: March 2, 2010

        Richard W. Wieking, Clerk
        By: Ronnie Hersler, Administrative Law Clerk

2