IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD L. ASHKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL SAYRE, et al.,<br><br>    Defendants.                                / | No. 05-03759 CW<br><br>ORDER FOR REPORT FROM DEFENDANT CATE IN ACCORDANCE WITH FEBRUARY 4, 2010 ORDER FOR SPECIFIC PERFORMANCE |

    In the Court's February 4, 2010 Order for Specific Performance, it ordered Defendant Matthew Cate to submit a report to the Court, served on Plaintiff, indicating the status of his performance of the 2002 Settlement Agreement and the Court's Order for Specific Performance. Defendant Cate was to submit a report two weeks from the date of the Order and every three months thereafter. Defendant Cate submitted his first report on May 21, 2010. Three months have passed and Defendant Cate has not submitted his next report. Therefore, seven days from the date of this order, Defendant Cate is to submit a progress report indicating the status of his performance.

    IT IS SO ORDERED.

Dated: September 20, 2010

                                            CLAUDIA WILKEN<br>                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD ASHKER,

        Plaintiff,

v.

MICHAEL SAYRE, et al,

        Defendants.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: September 20, 2010

        Richard W. Wieking, Clerk
        By: Ronnie Hersler, Adm. Law Clerk

2