IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD L. ASHKER,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>      Defendants.                    / | No. 05-03759 CW<br><br>ORDER FOR<br>FURTHER REPORT<br>FROM DEFENDANT<br>CATE |

    On September 24, 2010, Defendant Matthew Cate filed a progress report in response to the Court's September 20, 2010 Order for Report from Defendant Cate in Accordance with the Court's February 4, 2010 Order for Specific Performance. In regard to the requirement that Plaintiff Todd Ashker receive a well-fitting arm brace, Defendant Cate reported that, in March, 2010, an orthotist saw Plaintiff and fitted him for an arm brace, which was delivered to Pelican Bay State Prison (PBSP) on May 24, 2010. The arm brace did not fit Plaintiff properly. On June 16, 2010, Plaintiff was examined by Dr. Gregory Duncan who noted that the arm brace did not fit properly and made recommendations for adjustments. Plaintiff refused to attend a "follow up ortho consult" stating, "I already

know what's going on with these." However, on July 23, 2010, Plaintiff was re-examined by the orthotist, who said he would make the adjustments recommended by Dr. Duncan. On August 26, 2010, the adjusted arm brace was delivered to Plaintiff, who indicated that it was still unsatisfactory. The orthotist made the adjustments indicated by Plaintiff. On September 22, 2010, the re-adjusted arm brace was delivered to Plaintiff.

In a further report, Defendant Cate must indicate the nature of the "follow up ortho consult:" who Plaintiff was scheduled to see and the purpose of the consultation, and documentation of Plaintiff's refusal to attend it. Defendant Cate indicates that Dr. Duncan's report is attached, but it does not appear on the Court's electronic filing system. Defendant is to submit Dr. Duncan's report with his further report. Also, Defendant Cate must report whether the re-adjusted arm brace that was delivered to Plaintiff on September 22, 2010 is satisfactory to Plaintiff.

In regard to the requirement that Defendant Cate refer Plaintiff to a pain management specialist at University of California (UC) at Davis, Defendant Cate reports that UC Davis was unable to treat Plaintiff due to budget constraints, but he successfully referred Plaintiff to see pain management consultants Dr. Yu-Fan Zhang and Dr. Zhonghui Guan at UC San Francisco. However, Plaintiff refused to attend a follow-up pain management consultation stating, "I already know what's going on with these."

In a further report, Defendant Cate must provide the reports from Drs. Zhang and Guan, including their recommendations for Plaintiff's new medication prescription for pain. Defendant must

2

explain the follow up pain management consultation -- with whom and where was that to be -- and provide documentation of Plaintiff's refusal to attend.

Defendant Cate must submit his further report within seven days from the date of this order.

IT IS SO ORDERED.

Dated: September 29, 2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TODD L. ASHKER,

        Plaintiff,

v.

MICHAEL SAYRE, et al.,

        Defendants.
        /

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: September 29, 2010

        Richard W. Wieking, Clerk
        By: Ronnie Hersler, Adm. Law Clerk

4