1

2

3

4                      IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8  TODD ASHKER,                              No. 05-03759 CW

9          Plaintiff,                        ORDER DENYING
                                             DEFENDANT'S
10      v.                                   MOTION TO STAY
                                             COURT ORDER AND
11  MICHAEL SAYRE, et al.,                   GRANTING
                                             PLAINTIFF'S
12          Defendants.                      MOTION TO COMPEL
   _____/ PAYMENT OF
13                                           JUDGMENT

14      Defendants Matthew Cate, Secretary of the California

15 Department of Corrections and Rehabilitation (CDCR) and Michael

16 Sayre, M.D., move for a stay of the Court's March 7, 2011 order

17 granting, in part, Plaintiff's motion for costs and ordering

18 Defendants to pay $4,228.50 to Plaintiff within fourteen days.  Pro

19 se Plaintiff Todd Ashker, an inmate at Pelican Bay State Prisoner

20 (PBSP), opposes the motion and moves to compel payment of the

21 judgment awarded to him.  Defendants have not submitted a reply to

22 Plaintiff's opposition to their motion or an opposition to

23 Plaintiff's motion.  The matters were taken under submission and

24 decided on the papers.  Having considered all the papers filed by

25 the parties, the Court denies Defendants' motion and grants

26 Plaintiff's motion.

27

28

United States District Court
For the Northern District of California

BACKGROUND

A jury found that Dr. Sayre knowingly disregarded Plaintiff's serious medical needs, and awarded Plaintiff $6,500 in damages.  On February 4, 2010, judgment entered against Dr. Sayre in the amount of $6,500, with interest thereon as provided by 28 U.S.C. § 1961.  The judgment also included an order for specific performance against the CDCR based on the finding that it had breached a 2002 settlement agreement with Plaintiff.  On February 12, 2010, the CDCR filed a notice of appeal of the judgment against it.  Dr. Sayre did not appeal the judgment against him.  On March 8, 2010, Plaintiff filed a notice of cross-appeal regarding several of the Court's previous rulings.

I. Motion for Stay of Order Awarding Plaintiff Costs

In deciding whether to stay an order pending appeal, a court must apply four factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies."  Hilton v. Braunskill, 481 U.S. 770, 776 (1987).

Defendants argue that the Hilton factors favor a stay.  Relying on the CDCR's opening brief on file with the Ninth Circuit, Defendants contend that the CDCR has made a strong showing that it will succeed on the merits.  Defendants argue that the CDCR will suffer irreparable harm if it has to pay Plaintiff's costs now because, if Plaintiff loses on appeal, it may not be able to

2

recover its money from Plaintiff.  They argue that Plaintiff will not suffer harm if the stay is granted because he has pro bono counsel on appeal and, thus, lack of money will not prevent him from meeting any financial obligations.  Furthermore, they argue that the public interest in preserving scarce state resources favors a stay.  In regard to Dr. Sayre, Defendants argue that, if Plaintiff wins his appeal, additional costs would be incurred in re-trying the case, so paying Plaintiff's costs now would be premature.

The Court finds none of Defendants' arguments persuasive. Therefore, they are ordered to pay Plaintiff his award of costs. Defendants request that, in the event the Court denies the stay pending appeal, they be allowed 120 days to comply because the CDCR procedures require up to 120 days to process and deliver payments after such a request is submitted.  The Court grants this request. Defendants, therefore, shall pay to Plaintiff the cost award of $4,228.50 as soon as possible, but no later than 120 days from the date of this order.  Defendants shall inform the Court when they make this payment to Plaintiff, and shall inform the Court if they fail to do so timely.

II. Plaintiff's Motion to Compel Payment of Judgment

This motion is unopposed and, therefore, Dr. Sayre must concede that there is no reason for him to have delayed payment of the judgment for over one year.  He has not sought a stay or posted a bond.  The Court will not allow any further delay in the payment of this judgment.  Therefore, within seven days from the date of this order, Dr. Sayre must pay to Plaintiff the sum of $6,500

United States District Court
For the Northern District of California

3

United States District Court
For the Northern District of California

1  together with pre-judgment and post-judgment interest thereon, as

2  provided by 28 U.S.C. § 1961.  Dr. Sayre shall inform the Court

3  when he has made this payment to Plaintiff and shall explain to the

4  Court how he calculated the pre- and post-judgment interest.

5  Defendants shall inform the Court if Dr. Sayre fails to do so

6  timely.   In that event, an order to show cause why he should not be

7  held in contempt of Court shall issue.

8                                CONCLUSION

9       Accordingly, Defendants' motion for a stay is denied (Docket

10  No. 518) and Plaintiff's motion to compel payment of judgment is

11  granted (Docket No. 519).  Payment shall be made pursuant to the

12  procedures described above.

13

14       IT IS SO ORDERED.

15

16  Dated: 10/11/2011

17                                       CLAUDIA WILKEN
                                         United States District Judge

18

19

20

21

22

23

24

25

26

27

28                                    4

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

ASHKER,

4
             Plaintiff,

Case Number: CV05-03759 CW

5
  v.

**CERTIFICATE OF SERVICE**

6

ALAMEIDA ET AL et al,

7
            Defendant.

8
_____/

9

10
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12
That on October 11, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15
Todd A. Ashker C58191
Pelican Bay State Prison
16
Box 7500
D1-119
17
Crescent City, CA 95532

18
Dated: October 11, 2011

Richard W. Wieking, Clerk
19
By: Nikki Riley, Deputy Clerk

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California