IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>    Defendants.                / | No. 05-03759 CW<br><br>ORDER GRANTING DEFENDANT SAYRE'S REQUEST FOR EXTENSION OF TIME TO COMPLY WITH COURT ORDER |

    On October 11, 2011, the Court issued on order for Defendant Dr. Michael Sayre to pay the February 4, 2010 judgment against him and in favor of Plaintiff Todd Ashker within seven days from the date of the order. On October 12, 2011, Dr. Sayre filed a request for a forty-five day extension in which to pay the judgment because of the procedure the California Department of Corrections (CDCR) must take in issuing payment to an inmate. Dr. Sayre indicates that, as of October 12, 2011, the CDCR had initiated the procedures for processing the request for payment.

    For good cause appearing, the Court grants Dr. Sayre's request for a forty-five day extension in which to pay the judgment he owes to Plaintiff. Dr. Sayre must pay to Plaintiff the judgment

together with pre and post-judgment interest thereon, by no later than November 28, 2011.

IT IS SO ORDERED.

Dated: 10/19/2011

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ASHKER,

        Plaintiff,

  v.

ALAMEIDA ET AL et al,

        Defendant.

Case Number: CV05-03759 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Todd A. Ashker C58191
Pelican Bay State Prison
Box 7500
D1-119
Crescent City, CA 95532

Dated: October 19, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3