IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER, | No. C 05-3759 CW |
| Plaintiff, | ORDER FOR REPORT ON PAYMENT OF JUDGMENT |
| v. | |
| MICHAEL SAYRE, et al., | |
| Defendants. | |

On October 11, 2011, the Court issued an order for Defendant Michael Sayre to pay, within seven days, the February 10, 2010 $6,500 judgment against him and in favor of Plaintiff Todd Ashker. The Court ordered Dr. Sayre to inform the Court when he made the payment to Plaintiff and to explain how he calculated pre- and post-judgment interest. On October 19, 2011, the Court granted Defendant Michael Sayre's request for an extension to November 28, 2011 to pay the judgment. On November 28, 2011, Defendant filed a status report regarding how he calculated the interest on the judgment and indicated that defense counsel thought the judgment would be paid no later than November 30, 2011.

To this date, Defendant Sayre has not informed the Court whether the judgment has been paid to Plaintiff. He shall pay the judgment and certify to the Court that he has done so within two days from the date of this Order.

If Plaintiff has an objection to Defendant Sayre's calculation of pre- and post-judgment interest, he may file such an objection within two weeks from the date of this Order.

1  Payment and acceptance of the check shall not be deemed to waive
2  any argument that interest has been calculated incorrectly.
3
4       IT IS SO ORDERED.
5
6  Dated: 12/14/2011                
7                                    CLAUDIA WILKEN
                                     United States District Judge