IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-3759 CW<br><br>ORDER GRANTING DEFENDANT CATE'S REQUEST TO TERMINATE PROGRESS REPORTS ON ARM BRACE AND DENYING PLAINTIFF'S MOTION FOR CONTEMPT |

    On December 19, 2011, Plaintiff Todd Ashker filed a request for an order to show cause why Defendant Mathew Cate should not be held in contempt of this Court's orders to provide Plaintiff with a properly fitting arm brace and why Defendant Dr. Michael Sayre should not be held in contempt of this Court's orders to pay the judgment he owed Plaintiff. On January 25, 2012, the Court issued an order denying Plaintiff's motion for contempt based on failure to pay the judgment because Defendant Sayre had submitted evidence showing proof of payment. The Court postponed ruling on the motion for contempt in regard to Plaintiff's arm brace. The Court ordered Defendant Cate to submit a weekly progress report indicating what steps he had taken to provide a properly fitting arm brace.

    On February 2, 2012, Defendant Cate submitted a status report indicating that Plaintiff had received a new arm brace and that he appeared to be satisfied with it. On February 8, 2012, Defendant Cate submitted a second status report indicating that Plaintiff was in possession of the arm brace and had not informed prison

officials of any dissatisfaction with it.  On February 15 and 22, 2012, Defendant Cate submitted similar reports.  In his February 22, 2012 report, Defendant Cate requested that the Court terminate its order requiring weekly progress reports.  Defendant Cate's weekly progress reports indicate that Plaintiff has continued to be satisfied with his arm brace.  The last report, dated March 28, 2012, indicates that the arm brace was examined by orthotist Jason Wong of Sunrise Shoes on March 21, 2012, that Plaintiff asked Mr. Wong to perform a small adjustment in the arm brace, which Mr. Wong completed that day, and that Plaintiff has not indicated that he is dissatisfied with the arm brace or Mr. Wong's adjustment.

    Defendant Cate's reports show that he has complied with this Court's orders to provide Plaintiff with a properly fitting arm brace.  The reports have been served on Plaintiff, who has not filed any objections.  Therefore, the Court grants Defendant Cate's request to terminate its order requiring weekly reports on his efforts to provide a properly fitting arm brace and denies Plaintiff's motion for contempt based upon the arm brace. (Docket No. 530).

    IT IS SO ORDERED.

Dated: 3/30/2012

CLAUDIA WILKEN
United States District Judge