IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD A. ASHKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-3759 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION |

On April 9, 2012, the Court entered an Order Regarding Defendant's Progress Reports and Terminating Order for Physical Therapy. Docket No. 550. On April 30, 2012, Plaintiff Todd Ashker filed a Motion for Leave to Move for Reconsideration of the Court's April 9 order. Having considered Plaintiff's motion, the Court hereby GRANTS the motion for leave to file a motion for reconsideration. Docket No. 551. The Court deems Plaintiff's motion for leave to file a motion for reconsideration to be his motion for reconsideration. Defendants shall file any response within 14 days of the date of this order, and Plaintiff shall file any reply within 14 days of the date of Defendant's response.

IT IS SO ORDERED.

Dated: 11/8/2012

CLAUDIA WILKEN
United States District Judge