IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD A. ASHKER, | No. C 05-3759 CW |
|     Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION |
|     v. | |
| MICHAEL C. SAYRE, et al., | |
|     Defendants. | |

On November 8, 2012, the Court granted Plaintiff's motion for leave to file a motion for reconsideration, deemed the motion for leave to file a motion to be Plaintiff's motion for reconsideration and set a briefing schedule. Defendants filed their response to the motion on November 26, 2012. Plaintiff has filed a motion for extension of time to file his reply. Docket No. 561. Having considered Plaintiff's motion, the Court hereby GRANTS the motion for extension of time. Plaintiff shall file his reply by December 26, 2012.

IT IS SO ORDERED.

Dated: 12/17/2012

CLAUDIA WILKEN
United States District Judge