IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD A. ASHKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-3759 CW<br><br>ORDER RE: PLAINTIFF'S NOTICE OF DEFENDANTS' VIOLATION OF THE COURT'S FEBRUARY 4,2010 ORDER |

Plaintiff has filed a "Notice of Defendants' Violation of Feb. 4, 2010 Order and Request for Relief." Docket No. 560. In its February 4, 2010 Order, the Court ordered among other things,

> Within one week from obtaining a pain management regimen recommended by the UC Davis or UCSF clinic or another mutually acceptable pain management specialist, the CDCR shall implement the specialist's recommended pain management regimen and continue that regimen until Dr. Weinstein or the specialist and the CDCR's physician concur in the opinion that Plaintiff's medical needs have changed such that the regimen should be changed or discontinued.

Docket No. 434 at 13. Plaintiff asserts that since October 26, 2012, Defendants have allowed him 650 mg of Tylenol only once per day instead of three times per day as recommended by the physician at the UCSF Pain Management Center. Defendants are hereby ordered to respond to Plaintiff's filing within fourteen days of the date

of this order.  Plaintiff may file a reply within fourteen days of the date of Defendants' response.

    IT IS SO ORDERED.

Dated: 12/18/2012

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2