IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD A. ASHKER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-3759 CW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF NOTICE OF VIOLATION |

On December 17, 2012, the Court ordered Defendants to file a response to Plaintiff's Notice of Defendants' Violation of the Court's February 4, 2010 Order.  Defendants filed their response January 2, 2013.  Plaintiff has filed a motion for extension of time to file his reply.  Docket No. 566.  Having considered Plaintiff's motion, the Court hereby GRANTS the motion for extension of time.  Plaintiff shall file his reply by January 30, 2013.

IT IS SO ORDERED.

Dated: 1/22/2013

CLAUDIA WILKEN
United States District Judge