✥AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Todd L. Ashker

        Plaintiff (s),

V.

Michael C. Sayre, et al.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:05-cv-03759-CW

Notice is hereby given that, subject to approval by the court, __Michael Sayre, M.D.__ substitutes
(Party (s) Name)

__Peter Hirsig__ , State Bar No. __197993__ as counsel of record in
(Name of New Attorney)

place of __J. Randall Andrada (SBN 70000) and Matthew Roman (SBN 267717)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: McNamara Ney Beatty
    Address: 639 Kentucky Street, Fairfield, CA 94533
    Telephone: (707) 427-3998     Facsimile (707) 427-0268
    E-Mail (Optional):

I consent to the above substitution.
Date: 5-20-2014
                            (Signature of Party (s))

I consent to being substituted.
Date: 5/23/14
                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 28, 2014
        Peter J. Hirsig  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 8/18/2014
                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 639 Kentucky Street, First Floor, Fairfield, California 94533-5530.

On this date I served the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Fairfield, California, addressed as follows:

**Attorneys For IN PRO PER:**

Todd L. Ashker
CDCR No. C58191
Pelican Bay State Prison
Box 7500/D1-119
Crescent City, CA 95532

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 7, 2014 at Fairfield, California.

/s/C. Smith
C. SMITH